PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>CHARLES JEROME MOORE,<br><br>                                   Defendant. | Case No: 1:23-CR-00076-ADA-BAM<br><br>**STIPULATION TO CONTINUE JULY 12, 2023, STATUS CONFERENCE TO SEPTEMBER 27, 2023; ORDER** |

## STIPULATION

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Charles Jerome Moore ("defendant"), that this action's **Wednesday, July 12, 2023, status conference be continued to Wednesday, September 27, 2023, at 1:00 p.m.**  The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause.  Specifically,

1. The grand jury returned an indictment regarding this matter on April 13, 2023.  Dkt. 9.  The government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by Eastern District of California Local Rule 440.  The defense is and has

been reviewing discovery thus far provided.

2.  Since that time, the parties agreed to and presented to the court a stipulation and proposed protective order regarding the production of additional discovery, which the court endorsed by way of formal order on May 31, 2023.  Dkt. 15.  The government produced supplemental discovery subject to the protective order to the defense on June 2, 2023.

3.  The government will be producing additional supplemental discovery to the defense by July 5, 2023, in accord with Rule 16.

4.  By the time of the continued status conference and as all discovery is obtained, produced, and timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

5.  Defense counsel needs more time to complete its investigation and communicate with both defendant and government counsel about a potential pretrial resolution of this case.

6.  The parties therefore stipulate that the period of time from July 12, 2023, through September 27, 2023, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


Dated:  June 28, 2023                                      PHILLIP A. TALBERT
                                                          United States Attorney


                                                   By:  /s/ BRITTANY M. GUNTER
                                                        BRITTANY M. GUNTER
                                                        Assistant United States Attorney


Dated: June 28, 2023                               By:  /s/ GRIFFIN ESTES
                                                        GRIFFIN ESTES
                                                        Counsel for Defendant

**O R D E R**

 IT IS ORDERED that the status hearing currently set for July 12, 2023, at 1:00 p.m. is continued until **September 27, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

 IT IS FURTHER ORDERED THAT the period of time from July 12, 2023, through September 27, 2023, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 28, 2023**      /s/ *Barbara A. McAuliffe*
                UNITED STATES MAGISTRATE JUDGE