PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES JEROME MOORE,<br><br>          Defendant. | Case No: 1:23-CR-00076-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Charles Jerome Moore ("defendant"), that this action's **Wednesday, September 27, 2023, status conference be continued to Wednesday, November 8, 2023, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. The grand jury returned an indictment regarding this matter on April 13, 2023. Dkt. 9. The government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by Eastern District of California Local Rule 440.

2. Since that time, the parties agreed to and presented to the court a stipulation and proposed protective order regarding the production of additional discovery, which the court endorsed

1

by way of formal order on May 31, 2023. Dkt. 15. The government produced supplemental discovery subject to the protective order to the defense on June 2, 2023.

3. The government produced additional supplemental discovery to the defense on June 30 and July 12, 2023, in accord with Rule 16.

4. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review. The government will nevertheless continue to follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

5. The defense is and has been reviewing discovery thus far provided.

6. By the time of the continued status conference and as all discovery is obtained, produced, and timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

7. Defense counsel needs more time to complete its investigation and communicate with both defendant and government counsel about a potential pretrial resolution of this case.

8. The parties therefore stipulate that the period of time from September 27, 2023, through November 8, 2023, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  September 20, 2023                              PHILLIP A. TALBERT
                                                        United States Attorney


                                                   By:  /s/ BRITTANY M. GUNTER
                                                        BRITTANY M. GUNTER
                                                        Assistant United States Attorney

Dated: September 20, 2023                    By:   /s/ GRIFFIN ESTES_____
                                                   GRIFFIN ESTES
                                                   Counsel for Defendant

## **O R D E R**

IT IS ORDERED that the status hearing currently set for September 27, 2023, at 1:00 pm is continued until **November 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**

IT IS FURTHER ORDERED THAT the period of time from September 27, 2023, through and including November 8, 2023, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 20, 2023**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE