PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>           v.<br><br>CHARLES JEROME MOORE,<br><br>                  Defendant. | Case No: 1:23-CR-00076-ADA-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Charles Jerome Moore ("the defendant"), that this action's **Wednesday, November 8, 2023, status conference may be vacated, and the matter set for a change of plea hearing on December 18, 2023, at 8:30 a.m.** The parties have confirmed the court's availability regarding the proposed change of plea hearing.

The parties base this stipulation on good cause, and request that the Court find the following:

1. By previous order, this matter was set for a status conference on November 8, 2023. Dkt. 21.
2. By this stipulation, the parties now request to vacate the status conference, set the case for a change of plea on December 18, 2023, and exclude time between November 8, 2023, and December 18, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).
3. The government currently believes all discovery has been produced pursuant to Rule 16 or

1

otherwise made available for the defense's inspection and review. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

4. On October 30, 2023, the government provided counsel for the defendant with a proposed plea agreement. Counsel for the defendant reports the defendant will be accepting the proposed plea agreement.

5. Counsel for the defendant needs additional time to meet with the defendant, obtain the defendant's signature on the plea agreement, to prepare for the change of plea hearing, and to begin preparing for sentencing.

6. Counsel for the defendant believes that failure to grant the requested continuance related to the proposed change of plea hearing date would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance between the date of the previously set status conference and the proposed change of plea hearing date.

8. The parties therefore stipulate that the period of time from November 8, 2023, through December 18, 2023, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: October 31, 2023              PHILLIP A. TALBERT
                                     United States Attorney

                                     By: /s/ BRITTANY M. GUNTER
                                         BRITTANY M. GUNTER
                                         Assistant United States Attorney

Dated: October 31, 2023              By: /s/ GRIFFIN ESTES
                                         GRIFFIN ESTES
                                         Counsel for Defendant

2

**ORDER**

IT IS SO ORDERED that the status conference set for November 8, 2023, is vacated. A change of plea hearing is set for **December 18, 2023, at 8:30 a.m. before District Judge Ana de Alba**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **November 1, 2023**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

3